| | |
|---|---|
| 1 | FLYNN, ROSE & PERKINS |
| | CHARLES B. PERKINS  (Calif. Bar #126942) |
| 2 | 59 North Santa Cruz Avenue, Suite Q |
| | Los Gatos, California 95030 |
| 3 | Telephone: (408) 399-4566 |
| | Facsimile:  (408) 399-6683 |
| 4 | cbperk@earthlink.net |
| 5 | Attorneys for Plaintiff |
| | KANDY QUIGG |
| 6 | |
| 7 | SEDGWICK LLP |
| | REBECCA A. HULL (Calif. Bar #99802) |
| 8 | MARK J. HANCOCK (Calif. Bar #160662) |
| | 333 Bush Street, 30th Floor |
| 9 | San Francisco, California  94104-2834 |
| | Telephone:  (415) 781-7900 |
| 10 | Facsimile:   (415) 781-2635 |
| | rebecca.hull@sedgwicklaw.com |
| 11 | |
| 12 | Attorneys for Defendants |
| | METROPOLITAN LIFE INSURANCE |
| 13 | COMPANY; and CITIGROUP LONG |
| | TERM DISABILITY PLAN |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KANDY QUIGG, | | CASE NO.  CV 12-3493 MEJ |
| Plaintiff, | | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES, AND [PROPOSED] ORDER** |
| vs. | | |
| METROPOLITAN LIFE INSURANCE COMPANY; CITIGROUP LONG TERM DISABILITY PLAN, | | |
| Defendants. | | INITIAL CMC DATE:        10/4/2012 |

Plaintiff KANDY QUIGG and Defendants METROPOLITAN LIFE INSURANCE COMPANY and CITIGROUP LONG TERM DISABILITY PLAN ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this is an action to recover Long Term Disability benefits brought pursuant to 29 USC § 1132(a)(1)(b); and

WHEREAS, following service of the Complaint, Defendants agreed to reinstate

1  Plaintiff's Long Term Disability benefits, and have done so; and

2  WHEREAS, the parties are currently discussing resolution of the remaining issues of
3  attorney's fees, costs, and interest.

4  NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE to extend by 35 days
5  the time for Defendants to file a response to Plaintiff's Complaint, from September 24, 2012 to
6  October 29, 2012; and

7  THE PARTIES FURTHER STIPULATE AND REQUEST that the Court continue the
8  Initial Case Management Conference from October 4, 2012 at 10:00 a.m. to November 8, 2012,
9  at 10:00 a.m. or as soon thereafter as may be convenient to the Court, and that the deadlines
10 associated with the Initial Case Management Conference be similarly continued based on the
11 rescheduled Case Management Conference date.

12 SO STIPULATED, AGREED AND RESPECTFULLY SUBMITTED:

13
14 DATED: September 21, 2012    FLYNN, ROSE & PERKINS
15
16                              By: /s/ Charles B. Perkins
17                                  Charles B. Perkins
                                    Attorneys for Plaintiff
                                    KANDY QUIGG
18
19 DATED: September 21, 2012    SEDGWICK LLP
20
21                              By: /s/ Rebecca A. Hull
                                    Rebecca A. Hull
22                                  Attorneys for Defendants
                                    METROPOLITAN LIFE INSURANCE COMPANY;
23                                  CITIGROUP LONG TERM DISABILITY PLAN
24
25
26
27
28

1  ORDER

2  Having considered the Stipulation and Request of the parties, and good cause appearing,
3  the Court hereby orders that Defendants shall have until October 29, 2012 to file a response to
4  Plaintiff's Complaint, that the Initial Case Management Conference is continued from October 4,
5  2012 at 10:00 a.m. to November 8, 2012 at 10:00 am, and that the deadlines associated with the
6  Initial Case Management Conference are similarly continued.

7  IT IS SO ORDERED.
8  DATED: September 24, 2012



10  HON. MARIA-ELENA JAMES