```
SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635
```

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY; and
CITIGROUP LONG TERM DISABILITY PLAN

**GRANTED** /s/ Judge Maria-Elena James — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY QUIGG,<br><br>                Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; CITIGROUP LONG TERM DISABILITY PLAN,<br><br>                Defendants. | Case No. 3:12-cv-03493-MEJ<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST THAT NOVEMBER 8, 2012 CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR** |

**NOTICE IS HEREBY GIVEN** that this matter has been resolved by the parties.  The parties request that the Case Management Conference presently scheduled for November 8, 2012 be taken off calendar.  The parties expect to file a formal notice of dismissal within 45 days.

DATED:  October 26, 2012        FLYNN, ROSE & PERKINS

                                            By: */s/ Charles B. Perkins*
                                                 CHARLES B. PERKINS
                                                 Attorneys for Plaintiff
                                                 KANDY QUIGG

DATED:  October 26, 2012        SEDGWICK LLP

                                            By: */s/ Mark J. Hancock*
                                                 REBECCA A. HULL
                                                 MARK J. HANCOCK
                                                 Attorneys for Defendants
                                                 METROPOLITAN LIFE INSURANCE COMPANY
                                                 and CITIGROUP LONG TERM DISABILITY PLAN