CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

Attorney for Plaintiff
KANDY QUIGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY QUIGG,<br><br>             Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendants. | Case No. C12 03493 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiff, KANDY QUIGG and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, through their respective attorneys of record, that the above-entitled action, and all claims for relief thereon, shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), subject to the Settlement and Release Agreement entered into between the parties, with neither party to make a claim for fees or costs based on the Dismissal.

DATE: <u>December 27, 2012</u>                          FLYNN, ROSE & PERKINS


                                                   By   <u>/s/ Charles B. Perkins</u>
                                                               CHARLES B. PERKINS
                                                   Attorney for Plaintiff, K. QUIGG

DATE: <u>December 27, 2012</u>   SEDGWICK LLP

By <u>   /s/ Rebecca A. Hull   </u>
    REBECCA A. HULL
    Attorneys for Defendant
    Metropolitan Life Insurance Company

## ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with neither party to make a claim for fees or costs based on this Dismissal.

IT IS SO ORDERED.

DATE: <u>January 2, 2013</u>

    HON. MARIA-ELENA JAMES
    DIST. MAGISTRATE JUDGE