1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: cbperk@earthlink.net
4
   Attorney for Plaintiff
5  KANDY QUIGG

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | KANDY QUIGG,                    ) Case No.  C12 03493 MEJ
                                     )
11 |          Plaintiff,             )
                                     )
12 | vs.                             ) **STIPULATION OF DISMISSAL WITH
                                     ) PREJUDICE, AND [PROPOSED] ORDER
13 | METROPOLITAN LIFE INSURANCE     ) THEREON**
     COMPANY,                        )
14 |                                 )
                                     )
15 |          Defendants.            )
                                     )
16 |                                 )
                                     )
17

18         **IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiff,

19 KANDY QUIGG and Defendant, METROPOLITAN LIFE INSURANCE COMPANY,

20 through their respective attorneys of record, that the above-entitled action, and all claims for

21 relief thereon, shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure

22 41(a), subject to the Settlement and Release Agreement entered into between the parties, with

23 neither party to make a claim for fees or costs based on the Dismissal.

24    DATE: December 27, 2012                    FLYNN, ROSE & PERKINS

25

26                                               By    /s/ Charles B. Perkins
                                                      CHARLES B. PERKINS
27                                                    Attorney for Plaintiff, K. QUIGG

28

DATE: December 27, 2012                           SEDGWICK LLP


                                        By    /s/ Rebecca A. Hull
                                            REBECCA A. HULL
                                            Attorneys for Defendant
                                            Metropolitan Life Insurance Company

## ORDER

Having reviewed the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with neither party to make a claim for fees or costs based on this Dismissal.

IT IS SO ORDERED.

DATE: January 2, 2013
                                        _____
                                        HON. MARIA-ELENA JAMES
                                        DIST. MAGISTRATE JUDGE